IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER 5:16-CV-59-D

| JOSEPH JEMSEK M.D., | |
|---|---|
| Plaintiff, | |
| v. | ORDER ON CONSENT MOTION TO STAY DISCOVERY CONFERENCE AND DISCOVERY PLAN |
| NORTH CAROLINA MEDICAL BOARD, et al., | |
| Defendants. | |

This matter is before the Court on the defendants' consent motion for an order staying the initial attorneys' conference, the discovery plan, and all discovery activities in this case pending resolution of the defendants' motion to dismiss.

Having studied the motion and supporting memorandum, and for good cause shown, the Court hereby GRANTS the consent motion.

The Court therefore ORDERS that the deadline for the parties to participate in a Rule 26(f) meeting and all further discovery-related obligations are STAYED pending resolution of the defendants' motion to dismiss.

This the _13_ day of June, 2016.

The Honorable James C. Dever III
Chief United States District Judge